IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT H. MAHFOUD and KATIA FARAGE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action No. 3:12-CV-02651-O-BK |
| BANK OF AMERICA, NA and FEDERAL NATIONAL MORTGAGE ASSOCIATION, | § § § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Defendants' Motion to Dismiss (ECF No. 7) is **GRANTED** and Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction (Doc. 9) is **DENIED**.

**SO ORDERED** on this **1st day** of **October, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**